■ DARLENE L. WHITMORE, Respondent, v DEAN A. DOMENICO, Appellant. [849 NYS2d 816]—Appeal from an order of the Supreme

Court, Oneida County (Anthony F. Shaheen, J.), entered June 13, 2007 in a personal injury action. The order, inter alia, granted in part plaintiff's motion for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on January 2, 2008,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Hurlbutt, J.P., Smith, Centra, Lunn and Fahey, JJ.